IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DONNELL ENGHRAM ) | |
| ) | No. 17-35215 |
| ) | Chapter 13 (Joliet) |
| Debtor ) | Honorable Pamela S. Hollis |
| ) | |

## NOTICE OF WITHDRAWAL OF CLAIM

Springbrook Townhome Association, Inc., by and through counsel, hereby withdraws Proof of Claim No. 9-1 filed on June 12, 2018. The claim was satisfied.

SPRINGBROOK TOWNHOME
ASSOCIATION, INC.

By: _____
One of its attorneys

ARDC: 6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, IL 60187
(630) 690-6446

1